# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (DALLAS DIVISION)

| | |
|---|---|
| MAGNACROSS LLC<br><br>  Plaintiff,<br><br>vs.<br><br>OKI DATA AMERICAS INC.,<br><br>  Defendant | Case No. 3:20-cv-01959-M |

## DEFENDANT'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P., Rule 12(b)(6), Defendant Oki Data Americas Inc. ("**OKI**") hereby submits this Motion to Dismiss for Failure to State a Claim. OKI respectfully submits that the asserted claim (Claim 1) of United States Patent No. 6,917,304 ("**the '304 Patent**") is directed to an abstract idea that is implemented by generic, well-known and conventional technology. Accordingly, OKI moves the Court to dismiss the Complaint because the asserted claim of the '304 Patent is directed to patent ineligible subject matter under 35 U.S.C. § 101.

The grounds for OKI's Motion are set forth in further detail in the accompanying Memorandum in Support of Defendant's Motion to Dismiss for Failure to State a Claim.

Submitted this 2nd day of April, 2021   By: */s/ Marc R. Labgold*
  Marc R. Labgold, Ph.D.
  DC Bar No. 474969 (*pro hac vice* pending)
  **OFFICES OF MARC R. LABGOLD, P.C.**
  12005 Sunrise Valley Drive, Suite 203
  Reston, Virginia 20191
  Telephone: (703) 901-8860
  Fax: (877) 401-8855
  Email: mlabgold@labgoldlaw.com

William D. Taylor
TX Bar No. 24046954
Taylor & Taylor Law, P.C.
4115 Highgrove Dr.
Arlington, TX 76001
Telephone: 817-483-8388
Fax: 817-483-8390
Email: wtaylor@taylorandtaylorlaw.com

***Counsel for Defendant Oki Data Americas Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve electronic notification of such filing to all counsel of record.

By: */s/ Marc R. Labgold*
Marc R. Labgold, Ph.D.
DC Bar No. 474969 (*pro hac vice* pending)