# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (DALLAS DIVISION)

| | |
|---|---|
| MAGNACROSS LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>OKI DATA AMERICAS INC.,<br><br>  Defendant. | Case No. 3:20-cv-01959-M |

## DEFENDANT'S MOTION TO DISMISS, ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT, AND MOTION FOR SANCTIONS

Defendant, Oki Data Americas Inc. ("**Defendant**" or "**OKI**"), moves for the following:

(1) dismissal of both counts of the "Corrected First Amended Complaint" [Docket Entry #43] for failure to state claim upon which relief can be granted, *see* Fed. R. Civ. P. 12(b)(6);

(2) in the alternative, a partial summary judgment dismissing Count II thereof, *see* Fed. R. Civ. P. 12(d), 56; and

(3) sanctions for knowingly filing a frivolous claim (Count II), unreasonably and vexatiously multiplying the proceedings, *see* 28 U.S.C. § 1927.

As to Count I (for patent infringement), the grounds of the motion have been fully briefed and were taken under advisement at the close of a hearing on July 14, 2021. As to Count II (for breach of a purported settlement agreement), the allegations and evidence demonstrate that the parties had not formed a definite contract, as a matter of law, since they had not reached agreement on all essential terms.

This motion is supported by the accompanying brief and appendix. To the extent that the Court's summary judgment rules apply to alternative motions under Federal Rule of Civil Procedure 12(d), the matters required by Local Rule 56.3 are set forth in the accompanying brief.

Submitted this 29th day of July, 2021

By: */s/ Marc R. Labgold*
Marc R. Labgold, Ph.D.
DC Bar No. 474969 (*pro hac vice*)
**OFFICES OF MARC R. LABGOLD, P.C.**
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Tel: (703) 901-8860
Fax: (877) 401-8855
Email: mlabgold@labgoldlaw.com

William D. Taylor
(TX Bar No. 24046954)
**TAYLOR & TAYLOR LAW, P.C.**
4115 Highgrove Dr.
Arlington, TX 76001
Telephone: 817-483-8388
Facsimile: 817-483-8390
Email: wtaylor@taylorandtaylorlaw.com

***Counsel for Defendant Oki Data Americas Inc.***

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, a conference was requested with counsel for Plaintiff on Defendant's motion for sanctions against Mr. Isaac Rabicoff and Mr. Papool Chaudhari. I hereby certify that on July 29, 2021, a telephonic conference was conducted by and between Mr. Rabicoff, Mr. Taylor and myself. Mr. Rabicoff indicated they oppose Defendant's motion for sanctions.

By: */s/ Marc R. Labgold*
Marc R. Labgold, Ph.D.
DC Bar No. 474969 (*pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve electronic notification of such filing to all counsel of record.

By: /s/ *Marc R. Labgold*
Marc R. Labgold, Ph.D.
DC Bar No. 474969 (*pro hac vice*)